UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
PRAIRIE MECHANICAL, INC.            §   Case No. 12-05807
                                    §
                Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg, Trustee_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-05807   CAD   Judge: CAROL A. DOYLE | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | PRAIRIE MECHANICAL, INC. | Date Filed (f) or Converted (c):   02/17/12 (f) |
| | | 341(a) Meeting Date:   03/26/12 |
| For Period Ending: | 07/21/13 | Claims Bar Date:   06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | Unknown | 0.00 | | 0.00 | FA |
| Misc. Receivables of Debtor Gross amount approximately $110,000.00. Net value after defenses etc. unknown | | | | | |
| 2. Vehicles | Unknown | 0.00 | | 37,050.00 | FA |
| 1/2 interest in Trucks used in business of Debtor. Jointly owned with Persimmon Partners, LLC. Sold at public and private sale per court order. | | | | | |
| 3. Machinery, Equipment & Supplies | Unknown | 0.00 | | 0.00 | FA |
| Misc. Personal property, tools, parts and equipment of Debtor | | | | | |
| 4. Counterclaim | 200,000.00 | 1,000.00 | | 1,000.00 | FA |
| Claim against former shareholder/employer | | | | | |
| 5. 2009 Payroll Tax Refund (u) | 0.00 | 39.34 | | 39.34 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $200,000.00 | $1,039.34 | | $38,089.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquated vehicle fleet used by Debtor in its operations as an HVAC installations and maintenance company.  TR
reached settlement with secured lender to avoid unperfected liens against same and collected proceeds for benefit of
estate.  Pursuant to court order, TR conducted both a public auction and private sale of fleet and recovered
approximately $32,000 in net proceeds.   Will review claims and prepare final report.  TR expects to close case in 2013.

Initial Projected Date of Final Report (TFR): 09/30/13      Current Projected Date of Final Report (TFR): 09/30/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-05807 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | PRAIRIE MECHANICAL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6690 Checking Account |
| Taxpayer ID No: | *******0255 | | | |
| For Period Ending: | 07/21/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/12 | 2 | Prairie Service Group, Inc. 2258 Southwind Boulevard Bartlett, IL 60103 | Downpayment on 4 Service Vans | 1129-000 | 1,200.00 | | 1,200.00 |
| 05/03/12 | 2 | Prairie Service Group, Inc. 2258 Southwind Boulevard Bartlett, IL 60103 | Downpayment on 4 Service Vans | 1129-000 | 2,500.00 | | 3,700.00 |
| 05/03/12 | 2 | Martin Auction Services LLC Rob & Lucy Nord 9515 Texas Church Road Clinton IL 61727 | Sale Proceeds - Vehice Auction | 1129-000 | 25,050.00 | | 28,750.00 |
| 05/15/12 | 2 | Prairie Service Group, Inc. 2258 Southwind Boulevard Bartlett, IL 60103 | Downpayment on 4 Service Vans | 1129-000 | 1,675.00 | | 30,425.00 |
| 05/25/12 | 2 | Prairie Service Group, Inc. 2258 Southwind Boulevard Bartlett, IL 60103 | Downpayment on 4 Service Vans | 1129-000 | 1,625.00 | | 32,050.00 |
| 06/01/12 | 001001 | Martin Auction Services LLC Rob & Lucy Nord 9515 Texas Church Road Clinton IL 61727 | Auctioneer's Commission & Expenses Allowed Per Ct Order dtd 5/31/12 | | | 3,135.00 | 28,915.00 |
| | | | Fees             2,505.00 | 3610-000 | | | |
| | | | Expenses            630.00 | 3620-000 | | | |
| 09/28/12 | 2 | Prairie Service Group, Inc. 2258 Southwind Boulevard Bartlett, IL 60103 | Downpayment on 4 Service Vans | 1249-000 | 2,500.00 | | 31,415.00 |
| 10/29/12 | 2 | Prairie Service Group, Inc. 2258 Southwind Boulevard Bartlett, IL 60103 | Final installment on 4 Service Vans | 1129-000 | 2,500.00 | | 33,915.00 |
| 02/15/13 | 001002 | International Sureties, Ltd. Suite 420 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 28.05 | 33,886.95 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

LFORM2T4

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-05807 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PRAIRIE MECHANICAL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6690 Checking Account |
| Taxpayer ID No: | *******0255 | | | |
| For Period Ending: | 07/21/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/13 | 4 | 701 Poydras Street<br>New Orleans, LA 70139<br>Russell Zdon | Sale of Counterclaim | 1149-000 | 1,000.00 | | 34,886.95 |
| 03/05/13 | 5 | 804 Cardiff<br>Naperville IL 60565<br>United States Treasury | 2009 Payroll Tax Refund | 1224-000 | 39.34 | | 34,926.29 |
| 03/08/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 32.51 | 34,893.78 |
| 03/22/13 | 001003 | 6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817<br>The Private Bank & Trust Company<br>c/o Colleen McManus, its attorney<br>Carlson Dash<br>216 S. Jefferson Street Suite 504<br>Chicago IL 60661 | Sale Proceeds - Counterclaim<br>Per Ct Order dated 3/21/13<br>Half purchase price of Zdon Counterclaim | 7100-000 | | 500.00 | 34,393.78 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 36.89 | 34,356.89 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 35.32 | 34,321.57 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Montly Bank Service Fee actually occurred on June 4, 2013. TCMS will not allow me to post date more than 30 days. ~JMM 7.18.13 | 2600-000 | | 36.45 | 34,285.12 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 12-05807 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | PRAIRIE MECHANICAL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6690  Checking Account |
| Taxpayer ID No: | *******0255 | | | |
| For Period Ending: | 07/21/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account  *******6690 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 9 | Deposits | 38,089.34 | 3 | Checks | 3,663.05 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 141.17 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 38,089.34 | | | |
| | | | | Total | $ 3,804.22 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 38,089.34 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 21, 2013 |

Case Number: 12-05807  
Debtor Name: PRAIRIE MECHANICAL, INC.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3610-00 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Administrative | | $3,135.00 | $3,135.00 | $0.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $4,558.93 | $0.00 | $4,558.93 |
| 001<br>3120-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $140.61 | $0.00 | $140.61 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $18,000.00 | $0.00 | $18,000.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $1,690.00 | $0.00 | $1,690.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Administrative | | $28.05 | $28.05 | $0.00 |
| | Subtotal for Class Administrative | | | $27,552.59 | $3,163.05 | $24,389.54 |
| 000001A<br>040<br>5400-00 | National Stabilization Agrmnt of<br>the Sheet Mtl Indstry Trst Fnd<br>c/o Dawn Costa, Esq/ Jennings Sigmond PC<br>510 Walnut St 16 F<br>Philadelphia, PA 19106 | Priority | | $4,519.03 | $0.00 | $4,519.03 |
| 000002A<br>040<br>5400-00 | Sheet Metal Workers' Natl Pension Fund<br>c/o Dawn Costa, Esq/ Jennings Sigmond PC<br>510 Walnut St 16 F<br>Philadelphia, PA 19106 | Priority | | $1,754.80 | $0.00 | $1,754.80 |
| 000006<br>046<br>5800-00 | Efficient Insulation Systems, Inc.<br>10215 franklin Ave.<br>Franklin Park, IL 60103 | Priority | Disallowed per court order June 13, 2013<br>no basis for priority status; claim is for services rendered | $0.00 | $0.00 | $0.00 |
| 000007A<br>040<br>5400-00 | Sheet Metal Workers Local 265 Fringe Benefit Funds<br>Baum Sigman Auerbach & Neuman, Ltd.<br>c/o Catherine Chapman<br>200 W. Adams St., Suite 2200<br>Chicago, IL 60606 | Priority | | $59,428.60 | $0.00 | $59,428.60 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 21, 2013 |

Case Number:  12-05807  
Debtor Name:  PRAIRIE MECHANICAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 000022B 040 5400-00 | Pipe Fitters' Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Priority (22-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $8,411.49 | $0.00 | $8,411.49 |
| 000023B 040 5400-00 | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Priority (23-1) Unpaid Contributions to Taft-Hartley Benefit Funds(23-2) Unpaid Contributions to Taft-Hartley Benefit Funds | $1,554.28 | $0.00 | $1,554.28 |
| 000024 039 5300-00 | Pipe Fitters' Assox, Local Union 597 c/o JOhnson & Krol, LLC 300 S. Wacker Dr., Suite 1313 Chicago, IL 60606 | Priority (24-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $563.64 | $0.00 | $563.64 |
| 000025B 040 5400-00 | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Priority (25-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $7,224.84 | $0.00 | $7,224.84 |
| 000026B 040 5400-00 | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Priority (26-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $3,416.00 | $0.00 | $3,416.00 |
| 000027B 040 5400-00 | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Priority (27-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $256.20 | $0.00 | $256.20 |
| 000028B 040 5400-00 | Pipe Fitting Council of Greater Chicago c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Priority (28-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $42.71 | $0.00 | $42.71 |
| 000033 040 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority (33-1) Unemployment tax | $10,759.56 | $0.00 | $10,759.56 |
| | Subtotal for Class Priority | | $97,931.15 | $0.00 | $97,931.15 |
| 000003 070 7100-00 | Brucker Co 1200 Greenleaf Ave Elk Grove Village IL 6007 | Unsecured | $81,002.52 | $0.00 | $81,002.52 |
| 000004 070 7100-00 | Noble Air, LLC 6652 W. 88th St. Oak Lawn, IL 60453 | Unsecured (4-1) Modified on 4/9/2012 to add attachments (ah) | $9,890.00 | $0.00 | $9,890.00 |
| 000005 070 7100-00 | Gatewood Crane Service Inc 2345 E Hamilton Road Arlington Heights, IL 60005 | Unsecured | $18,997.50 | $0.00 | $18,997.50 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 21, 2013 |

Case Number: 12-05807
Debtor Name: PRAIRIE MECHANICAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | OakBrook Mechanical Services, Inc. 961 S. Rt 83 Elmhurst, IL 60126-4993 | Unsecured | | $9,220.00 | $0.00 | $9,220.00 |
| 000009 070 7100-00 | Johnson Controls Inc 507 E Michigan St. LD-72 Milwaukee, WI 53202 | Unsecured | | $3,671.81 | $0.00 | $3,671.81 |
| 000010 070 7100-00 | Rapid Engineering Inc. 1100 7 Mile Rd. NW Comstock Park, MI 49321-9782 | Unsecured | | $1,524.30 | $0.00 | $1,524.30 |
| 000011 070 7100-00 | CARRIER CORPORATION ATTN: AMY HERBET, BLDG TR5 PO BOX 4808 SYRACUSE, NY 13221 | Unsecured | | $48,782.15 | $0.00 | $48,782.15 |
| 000012 070 7100-00 | Emcor Services 431 Lexington Drive Buffalo Grove, IL 60089 | Unsecured | | $22,388.00 | $0.00 | $22,388.00 |
| 000013 070 7100-00 | Barlow Mechanical Sales 848 Cherry Blossom Lane Naperville, IL 60540 | Unsecured | | $10,580.12 | $0.00 | $10,580.12 |
| 000014 070 7100-00 | Control Engineering Corp 2000 York Road Suite 102 Oak Brook IL, 60523 | Unsecured | | $22,700.00 | $0.00 | $22,700.00 |
| 000015 070 7100-00 | Wagner Falconer & Judd c/o Michael Dupont 80 S 8th Street Suite 1700 Minneapolis, MN 55402 | Unsecured | | $37,291.89 | $0.00 | $37,291.89 |
| 000016 070 7100-00 | Temperature Equipment Corporation KOHNER, MANN & KAILAS, S.C. 4650 N. Port Washington Road, 2nd Floor Milwaukee, WI 53212-1059 | Unsecured | | $65,364.16 | $0.00 | $65,364.16 |
| 000017 070 7100-00 | Temperature Equipment Corporation KOHNER, MANN & KAILAS, S.C. 4650 N. Port Washington Road, 2nd Floor Milwaukee, WI 53212-1059 | Unsecured | | $87,009.67 | $0.00 | $87,009.67 |
| 000018 070 7100-00 | YORK INTERNATIONAL CORPORATION KOHNER, MANN & KAILAS, S.C. 4650 N. Port Washington Road, 2nd Floor Milwaukee, WI 53212-1059 | Unsecured | | $29,354.01 | $0.00 | $29,354.01 |
| 000019 070 7100-00 | TEMP EXCEL PROPERTIES LLC d/b/a NATIONAL EXCELSIOR CO. KOHNER, MANN & KAILAS, S.C. | Unsecured | | $5,336.94 | $0.00 | $5,336.94 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 21, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-05807  
Debtor Name: PRAIRIE MECHANICAL, INC.  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 4650 N. Port Washington Road, 2nd Floor<br>Milwaukee, WI 53212-1059 | | | | | |
| 000020<br>070<br>7100-00 | Midwest Applied Solutions, Inc.<br>c/o James O'Halloran<br>107 W. 1st Street<br>Elmhurst IL 60126 | Unsecured | | $3,805.59 | $0.00 | $3,805.59 |
| 000021<br>070<br>7100-00 | Cord Construction Company<br>McGreevy Williams, PC<br>POB 2903<br>Rockford, IL 61132-2903 | Unsecured | (21-1) Modified on 6/14/12 to correct creditors address(DEM) | $7,397.93 | $0.00 | $7,397.93 |
| 000022A<br>070<br>7100-00 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | (22-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $12,991.01 | $0.00 | $12,991.01 |
| 000023A<br>070<br>7100-00 | Pipe Fitters' Training Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | (23-1) Unpaid Contributions to Taft-Hartley Benefit Funds(23-2) Unpaid Contributions to Taft-Hartley Benefit Funds | $2,244.01 | $0.00 | $2,244.01 |
| 000025A<br>070<br>7100-00 | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | (25-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $10,791.01 | $0.00 | $10,791.01 |
| 000026A<br>070<br>7100-00 | Pipe Fitters Association Local 597, 401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | (26-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $3,093.30 | $0.00 | $3,093.30 |
| 000027A<br>070<br>7100-00 | The Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | (27-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $401.86 | $0.00 | $401.86 |
| 000028A<br>070<br>7100-00 | Pipe Fitting Council of Greater Chicago<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Unsecured | (28-1) Unpaid Contributions to Taft-Hartley Benefit Funds | $63.12 | $0.00 | $63.12 |
| 000029<br>070<br>7100-00 | Bornquist Inc<br>7050 N Lehigh<br>chicago, IL 60646 | Unsecured | | $4,020.14 | $0.00 | $4,020.14 |
| 000030<br>070<br>7100-00 | Russel Zdon<br>Lawrence A. Stein, Huck Bouma PC<br>1755 S. Naperville Road<br>Wheaton, Illinois 60189 | Unsecured | (30-1) Claim on subordinated debenture<br>(30-1) Modified on 6/28/12 to correct creditors address(DEM) | $228,500.00 | $0.00 | $228,500.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 21, 2013 |

Case Number:  12-05807  
Debtor Name:  PRAIRIE MECHANICAL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000031 070 7100-00 | The Private Bank & Trust Company 216 S. Jefferson St., Suite 504 Chicago, Illinois 60661 | Unsecured | claim amended 6/27/12 to assert unsecured (31-1) Modified on 6/28/12 to correct creditors address(DEM) | $1,091,328.17 | $500.00 | $1,090,828.17 |
| 000032 070 7100-00 | Sheet Metal Works, Inc. 455 E. Algonquin Road Arlington Heights, IL 60005 | Unsecured | | $208,588.46 | $0.00 | $208,588.46 |
| 000034 070 7100-00 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago IL 60664-0338 | Unsecured | (34-1) ROT Tax 4/08 | $1,277.98 | $0.00 | $1,277.98 |
| | Subtotal for Class Unsecured | | | $2,027,615.65 | $500.00 | $2,027,115.65 |
| | Case Totals: | | | $2,153,099.39 | $3,663.05 | $2,149,436.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                         Exhibit D

Case No.: 12-05807  
Case Name: PRAIRIE MECHANICAL, INC.  
Trustee Name: Elizabeth C. Berg, Trustee  

        Balance on hand                                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Auctioneer Fees: Martin Auction Services LLC | $ | $ | $ |
| Auctioneer Expenses: Martin Auction Services LLC | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses            $_____

      Remaining Balance                                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | National Stabilization Agrmnt of | $ | $ | $ |
| 000002A | Sheet Metal Workers' Natl Pension Fund | $ | $ | $ |
| 000006 | Efficient Insulation Systems, Inc. | $ | $ | $ |
| 000007A | Sheet Metal Workers Local 265 Fringe Benefit Funds | $ | $ | $ |
| 000022B | Pipe Fitters' Retirement Fund, Local 597 | $ | $ | $ |
| 000023B | Pipe Fitters' Training Fund, Local 597 | $ | $ | $ |
| 000024 | Pipe Fitters' Assox, Local Union 597 | $ | $ | $ |
| 000025B | Pipe Fitters' Welfare Fund, Local 597 | $ | $ | $ |
| 000026B | Pipe Fitters Association Local 597, 401(k) Plan | $ | $ | $ |
| 000027B | The Industry Improvement Fund, Local 597 | $ | $ | $ |
| 000028B | Pipe Fitting Council of Greater Chicago | $ | $ | $ |
| 000033 | Illinois Department of Employment Security | $ | $ | $ |

    Total to be paid to priority creditors        $_____

    Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Brucker Co | $ | $ | $ |
| 000004 | Noble Air, LLC | $ | $ | $ |
| 000005 | Gatewood Crane Service Inc | $ | $ | $ |
| 000008 | OakBrook Mechanical Services, Inc. | $ | $ | $ |
| 000009 | Johnson Controls Inc | $ | $ | $ |
| 000010 | Rapid Engineering Inc. | $ | $ | $ |
| 000011 | CARRIER CORPORATION | $ | $ | $ |
| 000012 | Emcor Services | $ | $ | $ |
| 000013 | Barlow Mechanical Sales | $ | $ | $ |
| 000014 | Control Engineering Corp | $ | $ | $ |
| 000015 | Wagner Falconer & Judd | $ | $ | $ |
| 000016 | Temperature Equipment Corporation | $ | $ | $ |
| 000017 | Temperature Equipment Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | YORK INTERNATIONAL CORPORATION | $ | $ | $ |
| 000019 | TEMP EXCEL PROPERTIES LLC | $ | $ | $ |
| 000020 | Midwest Applied Solutions, Inc. | $ | $ | $ |
| 000021 | Cord Construction Company | $ | $ | $ |
| 000022A | Pipe Fitters' Retirement Fund, Local 597 | $ | $ | $ |
| 000023A | Pipe Fitters' Training Fund, Local 597 | $ | $ | $ |
| 000025A | Pipe Fitters' Welfare Fund, Local 597 | $ | $ | $ |
| 000026A | Pipe Fitters Association Local 597, 401(k) Plan | $ | $ | $ |
| 000027A | The Industry Improvement Fund, Local 597 | $ | $ | $ |
| 000028A | Pipe Fitting Council of Greater Chicago | $ | $ | $ |
| 000029 | Bornquist Inc | $ | $ | $ |
| 000030 | Russel Zdon | $ | $ | $ |
| 000031 | The Private Bank & Trust Company | $ | $ | $ |
| 000032 | Sheet Metal Works, Inc. | $ | $ | $ |
| 000034 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                                                          $_____

      Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*