UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
PRAIRIE MECHANICAL, INC.                  §        Case No. 12-05807
                                          §
                                          §
           Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Mr. Kenneth S. Gardner
          Clerk of the U.S. Bankruptcy Court
          19 S. Dearborn Street
          7th Floor
          Chicago   IL   60603

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
          11:15 a.m.
          on Thursday, September 19, 2013
          in Courtroom 240 of the Kane County Courthouse
          100 South 3rd Street, Geneva, Illinois

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth S. Gardner_____


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| PRAIRIE MECHANICAL, INC. | § | Case No. 12-05807 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Auctioneer Fees: Martin Auction Services LLC | $ | $ | $ |
| Auctioneer Expenses: Martin Auction Services LLC | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | National Stabilization Agrmnt of | $ | $ | $ |
| 000002A | Sheet Metal Workers' Natl Pension Fund | $ | $ | $ |
| 000006 | Efficient Insulation Systems, Inc. | $ | $ | $ |
| 000007A | Sheet Metal Workers Local 265 Fringe Benefit Funds | $ | $ | $ |
| 000022B | Pipe Fitters' Retirement Fund, Local 597 | $ | $ | $ |
| 000023B | Pipe Fitters' Training Fund, Local 597 | $ | $ | $ |
| 000024 | Pipe Fitters' Assox, Local Union 597 | $ | $ | $ |
| 000025B | Pipe Fitters' Welfare Fund, Local 597 | $ | $ | $ |
| 000026B | Pipe Fitters Association Local 597, 401(k) Plan | $ | $ | $ |
| 000027B | The Industry Improvement Fund, Local 597 | $ | $ | $ |
| 000028B | Pipe Fitting Council of Greater Chicago | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000033 | Illinois Department of Employment Security | $ | $ | $ |

    Total to be paid to priority creditors                      $_____

    Remaining Balance                                          $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Brucker Co | $ | $ | $ |
| 000004 | Noble Air, LLC | $ | $ | $ |
| 000005 | Gatewood Crane Service Inc | $ | $ | $ |
| 000008 | OakBrook Mechanical Services, Inc. | $ | $ | $ |
| 000009 | Johnson Controls Inc | $ | $ | $ |
| 000010 | Rapid Engineering Inc. | $ | $ | $ |
| 000011 | CARRIER CORPORATION | $ | $ | $ |
| 000012 | Emcor Services | $ | $ | $ |
| 000013 | Barlow Mechanical Sales | $ | $ | $ |
| 000014 | Control Engineering Corp | $ | $ | $ |
| 000015 | Wagner Falconer & Judd | $ | $ | $ |
| 000016 | Temperature Equipment Corporation | $ | $ | $ |
| 000017 | Temperature Equipment Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | YORK INTERNATIONAL CORPORATION | $ | $ | $ |
| 000019 | TEMP EXCEL PROPERTIES LLC | $ | $ | $ |
| 000020 | Midwest Applied Solutions, Inc. | $ | $ | $ |
| 000021 | Cord Construction Company | $ | $ | $ |
| 000022A | Pipe Fitters' Retirement Fund, Local 597 | $ | $ | $ |
| 000023A | Pipe Fitters' Training Fund, Local 597 | $ | $ | $ |
| 000025A | Pipe Fitters' Welfare Fund, Local 597 | $ | $ | $ |
| 000026A | Pipe Fitters Association Local 597, 401(k) Plan | $ | $ | $ |
| 000027A | The Industry Improvement Fund, Local 597 | $ | $ | $ |
| 000028A | Pipe Fitting Council of Greater Chicago | $ | $ | $ |
| 000029 | Bornquist Inc | $ | $ | $ |
| 000030 | Russel Zdon | $ | $ | $ |
| 000031 | The Private Bank & Trust Company | $ | $ | $ |
| 000032 | Sheet Metal Works, Inc. | $ | $ | $ |
| 000034 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
                         Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.