# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRAIRIE MECHANICAL, INC. | § | Case No. 12-05807 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>Mr. Kenneth S. Gardner
>Clerk of the U.S. Bankruptcy Court
>19 S. Dearborn Street
>7th Floor
>Chicago  IL  60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
>11:15 a.m.
>on Thursday, September 19, 2013
>in Courtroom 240 of the Kane County Courthouse
>100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
PRAIRIE MECHANICAL, INC.            §        Case No. 12-05807
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 38,089.34 |
| and approved disbursements of | $ | 3,804.22 |
| leaving a balance on hand of[1] | $ | 34,285.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 4,558.93 | $ 0.00 | $ 4,558.93 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 18,000.00 | $ 0.00 | $ 18,000.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 140.61 | $ 0.00 | $ 140.61 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,690.00 | $ 0.00 | $ 1,690.00 |
| Auctioneer Fees: Martin Auction Services LLC | $ 2,505.00 | $ 2,505.00 | $ 0.00 |
| Auctioneer Expenses: Martin Auction Services LLC | $ 630.00 | $ 630.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 28.05 | $ 28.05 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 24,389.54 |
| Remaining Balance | $ | 9,895.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 97,931.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | National Stabilization Agrmnt of | $ 4,519.03 | $ 0.00 | $ 433.11 |
| 000002A | Sheet Metal Workers' Natl Pension Fund | $ 1,754.80 | $ 0.00 | $ 168.18 |
| 000006 | Efficient Insulation Systems, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007A | Sheet Metal Workers Local 265 Fringe Benefit Funds | $ 59,428.60 | $ 0.00 | $ 5,695.79 |
| 000022B | Pipe Fitters' Retirement Fund, Local 597 | $ 8,411.49 | $ 0.00 | $ 806.18 |
| 000023B | Pipe Fitters' Training Fund, Local 597 | $ 1,554.28 | $ 0.00 | $ 148.97 |
| 000024 | Pipe Fitters' Assox, Local Union 597 | $ 563.64 | $ 0.00 | $ 563.64 |
| 000025B | Pipe Fitters' Welfare Fund, Local 597 | $ 7,224.84 | $ 0.00 | $ 692.45 |
| 000026B | Pipe Fitters Association Local 597, 401(k) Plan | $ 3,416.00 | $ 0.00 | $ 327.39 |
| 000027B | The Industry Improvement Fund, Local 597 | $ 256.20 | $ 0.00 | $ 24.55 |
| 000028B | Pipe Fitting Council of Greater Chicago | $ 42.71 | $ 0.00 | $ 4.09 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000033 | Illinois Department of Employment Security | $ 10,759.56 | $ 0.00 | $ 1,031.23 |
| | Total to be paid to priority creditors | | $ | 9,895.58 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,027,615.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Brucker Co | $ 81,002.52 | $ 0.00 | $ 0.00 |
| 000004 | Noble Air, LLC | $ 9,890.00 | $ 0.00 | $ 0.00 |
| 000005 | Gatewood Crane Service Inc | $ 18,997.50 | $ 0.00 | $ 0.00 |
| 000008 | OakBrook Mechanical Services, Inc. | $ 9,220.00 | $ 0.00 | $ 0.00 |
| 000009 | Johnson Controls Inc | $ 3,671.81 | $ 0.00 | $ 0.00 |
| 000010 | Rapid Engineering Inc. | $ 1,524.30 | $ 0.00 | $ 0.00 |
| 000011 | CARRIER CORPORATION | $ 48,782.15 | $ 0.00 | $ 0.00 |
| 000012 | Emcor Services | $ 22,388.00 | $ 0.00 | $ 0.00 |
| 000013 | Barlow Mechanical Sales | $ 10,580.12 | $ 0.00 | $ 0.00 |
| 000014 | Control Engineering Corp | $ 22,700.00 | $ 0.00 | $ 0.00 |
| 000015 | Wagner Falconer & Judd | $ 37,291.89 | $ 0.00 | $ 0.00 |
| 000016 | Temperature Equipment Corporation | $ 65,364.16 | $ 0.00 | $ 0.00 |
| 000017 | Temperature Equipment Corporation | $ 87,009.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | YORK INTERNATIONAL CORPORATION | $ 29,354.01 | $ 0.00 | $ 0.00 |
| 000019 | TEMP EXCEL PROPERTIES LLC | $ 5,336.94 | $ 0.00 | $ 0.00 |
| 000020 | Midwest Applied Solutions, Inc. | $ 3,805.59 | $ 0.00 | $ 0.00 |
| 000021 | Cord Construction Company | $ 7,397.93 | $ 0.00 | $ 0.00 |
| 000022A | Pipe Fitters' Retirement Fund, Local 597 | $ 12,991.01 | $ 0.00 | $ 0.00 |
| 000023A | Pipe Fitters' Training Fund, Local 597 | $ 2,244.01 | $ 0.00 | $ 0.00 |
| 000025A | Pipe Fitters' Welfare Fund, Local 597 | $ 10,791.01 | $ 0.00 | $ 0.00 |
| 000026A | Pipe Fitters Association Local 597, 401(k) Plan | $ 3,093.30 | $ 0.00 | $ 0.00 |
| 000027A | The Industry Improvement Fund, Local 597 | $ 401.86 | $ 0.00 | $ 0.00 |
| 000028A | Pipe Fitting Council of Greater Chicago | $ 63.12 | $ 0.00 | $ 0.00 |
| 000029 | Bornquist Inc | $ 4,020.14 | $ 0.00 | $ 0.00 |
| 000030 | Russel Zdon | $ 228,500.00 | $ 0.00 | $ 0.00 |
| 000031 | The Private Bank & Trust Company | $ 1,091,328.17 | $ 500.00 | $ 0.00 |
| 000032 | Sheet Metal Works, Inc. | $ 208,588.46 | $ 0.00 | $ 0.00 |
| 000034 | Illinois Department of Revenue | $ 1,277.98 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>

Prepared By: /s/ _____
                                      Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 12-05807-CAD
Prairie Mechanical, Inc.                                          Chapter 7
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 3                  Date Rcvd: Aug 12, 2013
                              Form ID: pdf006             Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2013.
db            +Prairie Mechanical, Inc.,    2256 Southwind Blvd,,    Bartlett, IL 60103-1304
18497656      +2250-60 Southwind LLC,    2250 Southwind Blvd,    Bartlett, IL 60103-1304
18497658      +AMEX,   NCO Financial Systems,    PO BOX 9016,    Wilmington, DE 19809-0016
18497657      +Air Flow Company,    850 W. Fullerton Ave.,    Addison, IL 60101-3305
18497659      +Barlow Mechanical Sales,    848 Cherry Blossom Lane,    Naperville, IL 60540-7302
18497660      +Bochtw, Kuzniar & Navagato,    2580 Foxfield drive,    Saint Charles, IL 60174-1403
19082030      +Bornquist Inc,    7050 N Lehigh,    chicago, IL 60646-1298
18497661       Bornquist, Inc.,    po box 112,    Chicago, IL 60646
18741602      +Brucker Co,    1200 Greenleaf Ave,    Elk Grove Village IL 60007-5519
18497662       Brucker Company,    Dept 20-1042,    Po Box 5940,    Carol Stream, IL 60197-5940
18497663      +Bullock Logan & Associates,    169Crossen Ave.,    Elk Grove Village, IL 60007-1609
18497664      +Captive Air Systems,    PO BOX 60270,    Charlotte, NC 28260-0270
18497666      +Citibank Business Card,    PO BOX 688916,    Des Moines, IA 50368
18497667     #+Control Engineering Co,    2000 York Rd,    Oak Brook, IL 60523-8863
18822999     #+Control Engineering Corp,    2000 York Road Suite 102,    Oak Brook IL 60523-8863
19032438       Cord Construction Company,    McGreevy Williams, PC,    POB 2903,    Rockford, IL 61132-2903
18497668      +Efficient Insulation Systems, Inc.,    10215 franklin Ave.,    Franklin Park, IL 60131-1527
18497669      +Emcor Services,    431 Lexington Drive,    Buffalo Grove, IL 60089-6936
18497670      +F. Cesario & Co,    2580 Foxfield drive,    Saint Charles, IL 60174-1412
18497671      +Fab-Rite Sheet Metal,    74 Bradock Drive,    Des Plaines, IL 60018-1938
18497672      +Filter Services,    2555 United Lane,    Elk Grove Village, IL 60007-6820
18497673      +Fluid Air Products,    7535 Plaza Ct.,    Hinsdale, IL 60527-5612
18747886      +Gatewood Crane Service Inc,    2345 E Hamilton Road,    Arlington Heights, IL 60005-4806
18497674       Gatwood Crane Service,    2045 Hamilton Rd,    Arlington Heights, IL 60005
18497676       ILLCO,    PO BOX 66427,    Chicago, IL 60666-0427
19378517      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19616758       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
18764983      +Johnson Controls Inc,    507 E Michigan St. LD-72,    Milwaukee,WI 53202-5211
18497677       Johnson Controls Inc.,    PO BOX 730743,    Dallas, TX 75373-0743
18497678      +Lelund Enterprises, Inc.,    1040 N Main Street,    Lombard, IL 60148-1361
18497681      +Lyall, Thresher & Associates, Inc.,    625 Chase Ave.,    Elk Grove Village, IL 60007-4801
18497682      +Michael Kluck,    1375 Persimmon,    Saint Charles, IL 60174-1342
18904212      +Midwest Applied Solutions, Inc.,    c/o James O'Halloran,    107 W. 1st Street,
                Elmhurst IL 60126-2802
18497685      +Midwest Boiler & Draft,    10321 Vans Drive,    Ste B,    Frankfort, IL 60423-9379
18497684      +Midwest applied Solutions, Inc.,    30 N. Wolf Rd,    Hillside, IL 60162-1605
18497686       National Excelisor Company,    #774511 4511 Solutions Center,    Chicago, IL 60677-4005
18621883      +National Stabilization Agrmnt of,    the Sheet Mtl Indstry Trst Fnd,
                c/o Dawn Costa, Esq/ Jennings Sigmond PC,    510 Walnut St 16 F,    Philadelphia, PA 19106-3619
18497687      +Nickelson Industrial Service Co,    8501 S. Baltimore Ave,    Chicago, IL 60617-2636
18497688      +Noble Air, LLC,    6652 W. 88th St.,    Oak Lawn, IL 60453-1014
18497689      +NuComfrort Supply Inc.,    500 Windy point Drive,    Glendale Heights, IL 60139-2178
18497690       OakBrook Mechanical Services, Inc.,    961 S. Rt 83,    Elmhurst, IL 60126-4993
18497691      +Persimmon Partners,    1375 Persimmon,    Saint Charles, IL 60174-1342
19054578      +Pipe Fitters Association Local 597, 401(k) Plan,     c/o Johnson & Krol, LLC,
                300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
19054576      +Pipe Fitters' Association, Local Union 597 U.A.,     c/o Johnson & Krol, LLC,
                300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
19054572      +Pipe Fitters' Retirement Fund, Local 597,     c/o Johnson & Krol, LLC,
                300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
19054574      +Pipe Fitters' Training Fund, Local 597,    c/o Johnson & Krol, LLC,
                300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
19054573      +Pipe Fitters' Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,
                300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
19054577      +Pipe Fitting Council of Greater Chicago,    c/o Johnson & Krol, LLC,
                300 S. Wacker Drive, Suite 1313,    Chicago, IL 60606-6601
18497694      +Pipefitters Local 597,    PO BOX 94455,    Chicago, IL 60690-4455
18497695       Porter Pipe and Supply,    35049 Eagle Way,    Chicago, IL 60678-1350
18497697       Rapid Engineering Inc.,    1100 7 Mile Rd. NW,    Comstock Park, MI 49321-9782
18497698      +Royal Crane,    PO BOX 1858,    Bridgeview, IL 60455-0858
18497699      +Russel Zdon,    Lawrence A. Stein, Huck Bouma PC,    1755 S. Naperville Road,
                Wheaton, Illinois 60189-5844
18755380      +Sheet Metal Workers Local 265 Fringe Benefit Funds,     Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Catherine Chapman,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
18497700       Sheet Metal Workers local 265,    205 Alexandra Way,    Carol Stream, IL 60188-2080
18621952      +Sheet Metal Workers' Natl Pension Fund,    c/o Dawn Costa, Esq/ Jennings Sigmond PC,
                510 Walnut St 16 F,    Philadelphia, PA 19106-3619
19088476      +Sheet Metal Works, Inc.,    455 E. Algonquin Road,    Arlington Heights, IL 60005-4620
18621846      +Sheet Mtl Wrkrs Ntl Pensn Fnd &,    the Ntl Stabilization Agrmnt of,
                the Sheet Mtl Indstry Trst Fnd,    c/o Dawn Costa, Esq  510 Walnut St 16F,
                Philadelphia, PA 19106-3619
18497701      +Sheetmetal Werks,    455 east Algonquin,    Arlington Heights, IL 60005-4620
18497702       Snook Equipment rental,    112 Enterprise Drive,    La Salle, IL 61301
```

```
District/off: 0752-1           User: wepps                 Page 2 of 3                   Date Rcvd: Aug 12, 2013
                               Form ID: pdf006             Total Noticed: 82

18497703     +Southside Control Supply,   488 N. Milwaukee Ave.,   Chicago, IL 60654-3965
18497704      Sprinkmann Sons,   PO BOX 250937,   Milwaukee, WI 53225-6517
18497705     +Stevenson Crane Service,   410 Stevenson Drive,   Bolingbrook, IL 60440-3094
18497706     +T.B.I.,Inc,   950 N. Oak Lawn Ave.,   Elmhurst, IL 60126-1015
18880388     +TEMP EXCEL PROPERTIES LLC,   d/b/a NATIONAL EXCELSIOR CO.,   KOHNER, MANN & KAILAS, S.C.,
               4650 N. Port Washington Road, 2nd Floor,   Milwaukee, WI 53212-1991
18497707     +Temperature Equipment Corporation,   KOHNER, MANN & KAILAS, S.C.,
               4650 N. Port Washington Road, 2nd Floor,   Milwaukee,WI 53212-1991
18497708     +Terrance Electric,   1003 Fairway Drive,   Bensenville, IL 60106-1316
19054575     +The Industry Improvement Fund, Local 597,   c/o Johnson & Krol, LLC,
               300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
18497696     +The Private Bank & Trust Company,   colleen E MCManus/Carlson Dash LLC,
               216 S. Jefferson St., Suite 504,   Chicago, Illinois 60661-5698
18497709     +Trane,   PO BOX 98167,   Chicago, IL 60693-8167
18497711     +Vesco,   840 N. Addison Street,   Elmhurst, IL 60126-1292
18497713     +WMI Technologies, Inc.,   2019 Corporate Lane,   STE 111,   Naperville, IL 60563-9748
18834699     +Wagner Falconer & Judd,   c/o Michael Dupont,   80 S 8th Street Suite 1700,
               Minneapolis, MN 55402-5357
18497712     +Windy City Represesentatives,   200 Windsor Drive,   Oak Brook, IL 60523-1507
18880381     +YORK INTERNATIONAL CORPORATION,   KOHNER, MANN & KAILAS, S.C.,
               4650 N. Port Washington Road, 2nd Floor,   Milwaukee, WI 53212-1991
18497714      York Internatinal Corp-Midwest,   PO BOX 905578,   Charlotte, NC 28290-5578
18497715     +Zonatherm Products, Inc.,   251 Holbrook drive,   Wheeling, IL 60090-5826
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18784453     +E-mail/Text: joyce.kuppel@carrier.utc.com Aug 13 2013 02:22:54     CARRIER CORPORATION,
               ATTN: AMY HERBET, BLDG TR5,   PO BOX 4808,   SYRACUSE,NY 13221-4808
18497665      E-mail/Text: joyce.kuppel@carrier.utc.com Aug 13 2013 02:22:54     Carrier Corporation,
               PO BOX 93844,   Chicago, IL 60673-3844
18497675      E-mail/Text: scd_bankruptcynotices@grainger.com Aug 13 2013 02:23:05     Grainger,
               Dept 833118458,   Palatine, IL 60038-0001
18497679     +Fax: 614-841-7055 Aug 13 2013 02:32:57     Liebert Corporation,   PO BOX 70474,
               Chicago, IL 60673-0474
18497710      E-mail/Text: ardocs@tridim.com Aug 13 2013 02:24:06     Tri-Dim Filter Corp.,   PO BOX 822001,
               Philadelphia, PA 19182-2001
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18497693      PFS - Pipe freezing systems, Inc.,   43215 Grandview Terrace
18497683*    +Michael Kluck,   1375 Persimmon,   Saint Charles, IL 60174-1342
18497692*    +Persimmon Partners,   1375 Persimmon Drive,   Saint Charles, IL 60174-1342
18497680    ##+Lift Works,   1130 Carolina Drive,   Ste F,   West Chicago, IL 60185-5163
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2013**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: wepps              Page 3 of 3              Date Rcvd: Aug 12, 2013
                              Form ID: pdf006          Total Noticed: 82
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2013 at the address(es) listed below:

```
              Colleen E McManus    on behalf of Creditor   The Privatebank and Trust Company
               cmcmanus@carlsondash.com,   knoonan@carlsondash.com;jbubacz@carlsondash.com
              Elizabeth C Berg    on behalf of Attorney Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Elizabeth C Berg    on behalf of Accountant    Popowcer Katten, Ltd. ecberg@ameritech.net
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Jeffrey A Krol    on behalf of Creditor   The Pipe Fitters' Association, Local 597 U.A.
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
               jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Chicago Area Mechanical Contracting Industry Improvement
               Trust jeffkrol@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters' Individual Account and 401(k) Plan
               jeffkrol@johnsonkrol.com
              John S Biallas    on behalf of Debtor    Prairie Mechanical, Inc. jsb70@comcast.net
              Joseph E Mallon    on behalf of Creditor    Chicago Area Mechanical Contracting Industry
               Improvement Trust mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters' Individual Account and 401(k) Plan
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    The Pipe Fitters' Association, Local 597 U.A.
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Training Fund, Local 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor    Pipe Fitters Welfare Fund, Local 597
               mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
              Kurt M Carlson    on behalf of Creditor    The Privatebank and Trust Company
               kcarlson@carlsondash.com,   knoonan@carlsondash.com
              Lawrence A. Stein    on behalf of Creditor Russell R Zdon lstein@huckbouma.com,
               lkoster@huckbouma.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William P Callinan    on behalf of Creditor    Pipe Fitters' Individual Account and 401(k) Plan
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor    Chicago Area Mechanical Contracting Industry
               Improvement Trust william@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Training Fund, Local 597
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitting Council of Greater Chicago
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor   The Pipe Fitters' Association, Local 597 U.A.
               william@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Welfare Fund, Local 597
               william@johnsonkrol.com
                                                                                              TOTAL: 31
```