# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
PRAIRIE MECHANICAL, INC.                        §        Case No. 12-05807
                                                §
          Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Private Bank 24 S. 2nd Street Saint Charles, IL 60174 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THE PRIVATEBANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| MARTIN AUCTION | | | | | |
| MARTIN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | PIPE FITTERS ASSOC, LOCAL UNION 597 | | | | | |
| 000001A | NATIONAL STABILIZATION AGRMNT OF | | | | | |
| 000026B | PIPE FITTERS ASSOCIATION LOCAL 597, | | | | | |
| 000022B | PIPE FITTERS' RETIREMENT FUND, LOC | | | | | |
| 000023B | PIPE FITTERS' TRAINING FUND, LOCAL | | | | | |
| 000025B | PIPE FITTERS' WELFARE FUND, LOCAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | SHEET METAL WORKERS LOCAL 265 FRING | | | | | |
| 000002A | SHEET METAL WORKERS' NATL PENSION | | | | | |
| 000027B | THE INDUSTRY IMPROVEMENT FUND, LOCA | | | | | |
| 000028B | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |
| 000006 | EFFICIENT INSULATION SYSTEMS, INC. | | | | | |
| 000033 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 2250-60 Southwind LLC 2250 Southwind Blvd Bartlett, IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 11 Citibank Business Card PO BOX 688916 Des Moines, IA 50368-8916 | | | | | |
| | Creditor #: 13 Efficient Insulation System 10215 franklin Ave. Franklin Park, IL 60131 | | | | | |
| | Creditor #: 15 F. Cesario & Co 2580 Foxfield drive Saint Charles, IL 60174 | | | | | |
| | Creditor #: 16 Fab-Rite Sheet Metal 74 Bradock Drive Des Plaines, IL 60018 | | | | | |
| | Creditor #: 17 Filter Services 2555 United Lane Elk Grove Village, IL 60007 | | | | | |
| | Creditor #: 18 Fluid Air Products 7535 Plaza Ct. Hinsdale, IL 60521 | | | | | |
| | Creditor #: 2 Air Flow Company 850 W. Fullerton Ave. Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 20 Grainger Dept 833118458 Palatine, IL 60038-0001 | | | | | |
| | Creditor #: 21 ILLCO PO BOX 66427 Chicago, IL 60666-0427 | | | | | |
| | Creditor #: 23 Lelund Enterprises, Inc. 1040 N Main Street Lombard, IL 60148 | | | | | |
| | Creditor #: 24 Liebert Corporation PO BOX 70474 Chicago, IL 60673 | | | | | |
| | Creditor #: 25 Lift Works 1130 Carolina Drive Ste F West Chicago, IL 60185 | | | | | |
| | Creditor #: 26 Lyall, Thresher & Associates, Inc. 625 Chase Ave. Elk Grove Village, IL 60007 | | | | | |
| | Creditor #: 28 Midwest Boiler & Draft 10321 Vans Drive Ste B Frankfort, IL 60423 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 29 National Excelisor Company #774511 4511 Solutions Center Chicago, IL 60677-4005 | | | | | |
| | Creditor #: 3 AMEX NCO Financial Systems PO BOX 9016 Wilmington, DE 19850 | | | | | |
| | Creditor #: 30 Nickelson Industrial Service Co 8501 S. Baltimore Ave Chicago, IL 60617 | | | | | |
| | Creditor #: 32 NuComfort Supply Inc. 500 Windy point Drive Glendale Heights, IL 60139 | | | | | |
| | Creditor #: 34 Persimmon Partners 1375 Persimmon Drive Saint Charles, IL 60174 | | | | | |
| | Creditor #: 35 PFS - Pipe freezing systems, Inc. 43215 Grandview Terrace | | | | | |
| | Creditor #: 36 Pipefitters Local 597 PO BOX 94455 Chicago, IL 60690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 37 Porter Pipe and Supply 35049 Eagle Way Chicago, IL 60678-1350 | | | | | |
| | Creditor #: 39 Royal Crane PO BOX 1858 Bridgeview, IL 60455 | | | | | |
| | Creditor #: 41 Sheet Metal Workers local 265 205 Alexandra Way Carol Stream, IL 60188-2080 | | | | | |
| | Creditor #: 42 Sheetmetal Werks 455 east Algonquin Arlington Heights, IL 60005 | | | | | |
| | Creditor #: 43 Snook Equipment rental 112 Enterprise Drive La Salle, IL 61301 | | | | | |
| | Creditor #: 44 Southside Control Supply 488 N. Milwaukee Ave. Chicago, IL 60654-7923 | | | | | |
| | Creditor #: 45 Sprinkmann Sons PO BOX 250937 Milwaukee, WI 53225-6517 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 46 Stevenson Crane Service 410 Stevenson Drive Bolingbrook, IL 60440 | | | | | |
| | Creditor #: 47 T.B.I.,Inc 950 N. Oak Lawn Ave. Elmhurst, IL 60126 | | | | | |
| | Creditor #: 49 Terrance Electric 1003 Fairway Drive Bensenville, IL 60106 | | | | | |
| | Creditor #: 5 Bochtw, Kuzniar & Navagato 2580 Foxfield drive Saint Charles, IL 60174 | | | | | |
| | Creditor #: 50 Trane PO BOX 98167 Chicago, IL 60693 | | | | | |
| | Creditor #: 51 Tri-Dim Filter Corp. PO BOX 822001 Philadelphia, PA 19182-2001 | | | | | |
| | Creditor #: 52 Vesco 840 N. Addison Street Elmhurst, IL 60126 | | | | | |
| | Creditor #: 53 Windy City Represenatives 200 Windsor Drive Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 54 WMI Technologies, Inc. 2019 Corporate Lane STE 111 Naperville, IL 60563 | | | | | |
| | Creditor #: 56 Zonatherm Products, Inc. 251 Holbrook drive Wheeling, IL 60090 | | | | | |
| | Creditor #: 8 Bullock Logan & Associates 169Crossen Ave. Elk Grove Village, IL 60007 | | | | | |
| | Creditor #: 9 Captive Air Systems PO BOX 60270 Charlotte, NC 28260 | | | | | |
| 000013 | BARLOW MECHANICAL SALES | | | | | |
| 000029 | BORNQUIST INC | | | | | |
| 000003 | BRUCKER CO | | | | | |
| 000011 | CARRIER CORPORATION | | | | | |
| 000014 | CONTROL ENGINEERING CORP | | | | | |
| 000021 | CORD CONSTRUCTION COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | EMCOR SERVICES | | | | | |
| 000005 | GATEWOOD CRANE SERVICE INC | | | | | |
| 000034 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000009 | JOHNSON CONTROLS INC | | | | | |
| 000020 | MIDWEST APPLIED SOLUTIONS, INC. | | | | | |
| 000004 | NOBLE AIR, LLC | | | | | |
| 000008 | OAKBROOK MECHANICAL SERVICES, INC. | | | | | |
| 000026A | PIPE FITTERS ASSOCIATION LOCAL 597, | | | | | |
| 000022A | PIPE FITTERS' RETIREMENT FUND, LOC | | | | | |
| 000023A | PIPE FITTERS' TRAINING FUND, LOCAL | | | | | |
| 000025A | PIPE FITTERS' WELFARE FUND, LOCAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000028A | PIPE FITTING COUNCIL OF GREATER CHI | | | | | |
| 000010 | RAPID ENGINEERING INC. | | | | | |
| 000030 | RUSSEL ZDON | | | | | |
| 000032 | SHEET METAL WORKS, INC. | | | | | |
| 000019 | TEMP EXCEL PROPERTIES LLC | | | | | |
| 000016 | TEMPERATURE EQUIPMENT CORPORATION | | | | | |
| 000017 | TEMPERATURE EQUIPMENT CORPORATION | | | | | |
| 000027A | THE INDUSTRY IMPROVEMENT FUND, LOCA | | | | | |
| 000031 | THE PRIVATE BANK & TRUST COMPANY | | | | | |
| 000015 | WAGNER FALCONER & JUDD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | YORK INTERNATIONAL CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-05807   CAD   Judge: CAROL A. DOYLE |
|---|---|
| Case Name: | PRAIRIE MECHANICAL, INC. |
| For Period Ending: | 11/25/13 |

| Trustee Name: | Elizabeth C. Berg |
|---|---|
| Date Filed (f) or Converted (c): | 02/17/12 (f) |
| 341(a) Meeting Date: | 03/26/12 |
| Claims Bar Date: | 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable | Unknown | 0.00 | | 0.00 | FA | 1,200,000.00 | 0.00 |
| Misc. Receivables of Debtor Gross amount approximately $110,000.00. Net value after defenses etc. unknown | | | | | | | |
| 2. Vehicles | Unknown | 0.00 | | 37,050.00 | FA | 0.00 | 0.00 |
| 1/2 interest in Trucks used in business of Debtor. Jointly owned with Persimmon Partners, LLC. Sold at public and private sale per court order. | | | | | | | |
| 3. Machinery, Equipment & Supplies | Unknown | 0.00 | | 0.00 | FA | 1,200,000.00 | 0.00 |
| Misc. Personal property, tools, parts and equipment of Debtor | | | | | | | |
| 4. Counterclaim | 200,000.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| Claim against former shareholder/employer | | | | | | | |
| 5. 2009 Payroll Tax Refund (u) | 0.00 | 39.34 | | 39.34 | 0.00 | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $200,000.00 | $1,039.34 | | $38,089.34 | $0.00 | $2,400,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquated vehicle fleet used by Debtor in its operations as an HVAC installations and maintenance company.
Trustee reached settlement with secured lender to avoid unperfected liens against same and collected proceeds for
benefit of estate.  Pursuant to court order, TR conducted both a public auction and private sale of fleet and recovered
approximately $32,000 in net proceeds. Trustee has reviewed claims and prepared her final report set for hearing on
September 19, 2013. final distribution made; Estate account balance zero

Initial Projected Date of Final Report (TFR): 09/30/12        Current Projected Date of Final Report (TFR): 07/31/13

Page: 1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05807 -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PRAIRIE MECHANICAL, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6690 Checking Account |
| Taxpayer ID No: | *******0255 | | |
| For Period Ending: | 11/25/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/12 | 2 | Prairie Service Group, Inc.<br>2258 Southwind Boulevard<br>Bartlett, IL  60103 | Downpayment on 4 Service Vans | 1129-000 | 1,200.00 | | 1,200.00 |
| 05/03/12 | 2 | Prairie Service Group, Inc.<br>2258 Southwind Boulevard<br>Bartlett, IL  60103 | Downpayment on 4 Service Vans | 1129-000 | 2,500.00 | | 3,700.00 |
| 05/03/12 | 2 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Sale Proceeds - Vehice Auction | 1129-000 | 25,050.00 | | 28,750.00 |
| 05/15/12 | 2 | Prairie Service Group, Inc.<br>2258 Southwind Boulevard<br>Bartlett, IL  60103 | Downpayment on 4 Service Vans | 1129-000 | 1,675.00 | | 30,425.00 |
| 05/25/12 | 2 | Prairie Service Group, Inc.<br>2258 Southwind Boulevard<br>Bartlett, IL  60103 | Downpayment on 4 Service Vans | 1129-000 | 1,625.00 | | 32,050.00 |
| 06/01/12 | 001001 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Auctioneer's Commission & Expenses<br>Allowed Per Ct Order dtd 5/31/12 | | | 3,135.00 | 28,915.00 |
| | | | Fees          2,505.00 | 3610-000 | | | |
| | | | Expenses       630.00 | 3620-000 | | | |
| 09/28/12 | 2 | Prairie Service Group, Inc.<br>2258 Southwind Boulevard<br>Bartlett, IL  60103 | Downpayment on 4 Service Vans | 1249-000 | 2,500.00 | | 31,415.00 |
| 10/29/12 | 2 | Prairie Service Group, Inc.<br>2258 Southwind Boulevard<br>Bartlett, IL  60103 | Final installment on 4 Service Vans | 1129-000 | 2,500.00 | | 33,915.00 |
| 02/15/13 | 001002 | International Sureties, Ltd.<br>Suite 420 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 28.05 | 33,886.95 |

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-05807 -CAD | |
| Case Name: | PRAIRIE MECHANICAL, INC. | |
| | | |
| Taxpayer ID No: | *******0255 | |
| For Period Ending: | 11/25/13 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6690  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street | | | | | |
| | | New Orleans,  LA  70139 | | | | | |
| 03/01/13 | 4 | Russell Zdon | Sale of Counterclaim | 1149-000 | 1,000.00 | | 34,886.95 |
| | | 804 Cardiff | | | | | |
| | | Naperville  IL  60565 | | | | | |
| 03/05/13 | 5 | United States Treasury | 2009 Payroll Tax Refund | 1224-000 | 39.34 | | 34,926.29 |
| 03/08/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 32.51 | 34,893.78 |
| | | 6500 ROCK SPRING DRIVE | | | | | |
| | | SUITE 300 | | | | | |
| | | BETHESDA, MD 20817 | | | | | |
| 03/22/13 | 001003 | The Private Bank & Trust Company | Sale Proceeds - Counterclaim | 4210-000 | | 500.00 | 34,393.78 |
| | | c/o Colleen McManus, its attorney | Per Ct Order dated 3/21/13 | | | | |
| | | Carlson Dash | Half purchase price of Zdon Counterclaim | | | | |
| | | 216 S. Jefferson Street  Suite 504 | | | | | |
| | | Chicago  IL  60661 | | | | | |
| 04/22/13 | | Congressional Bank | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 36.89 | 34,356.89 |
| | | 6500 Rock Spring Drive | | | | | |
| | | Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 05/22/13 | | Congressional Bank | Monthly Bank Service Fee | 2600-000 | | 35.32 | 34,321.57 |
| | | 6500 Rock Spring Drive | Bank Service Fee actually was debited from account | | | | |
| | | Suite 300 | on May 9, 2013. TCMS would not allow me to enter | | | | |
| | | Bethesda, MD 20817 | the May 9th date due to it being over 30 days. | | | | |
| | | | 6/21/13 ~JMM | | | | |
| 06/18/13 | | Congressional Bank | Monthly Bank Service Fee | 2600-000 | | 36.45 | 34,285.12 |
| | | 6500 Rock Spring Drive | Montly Bank Service Fee actually occurred on June | | | | |
| | | Suite 300 | 4, 2013. TCMS will not allow me to post date more | | | | |
| | | Bethesda, MD 20817 | than 30 days. ~JMM 7.18.13 | | | | |
| 09/23/13 | 001004 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 4,558.93 | 29,726.19 |
| | | c/o Baldi Berg & Wallace | | | | | |
| | | 20 N. Clark Street  #200 | | | | | |

FORM 2

Page:   3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 12-05807  -CAD | |
| Case Name: | PRAIRIE MECHANICAL, INC. | |
| | | |
| Taxpayer ID No: | *******0255 | |
| For Period Ending: | 11/25/13 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6690  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago  IL  60602 | | | | |
| 09/23/13 | 001005 | Baldi Berg & Wallace | Attorney for Trustee Fees (Trustee | 3110-000 | | 18,000.00 | 11,726.19 |
| | | 20 N. Clark Street, Ste. 200 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/23/13 | 001006 | Popowcer Katten Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,690.00 | 10,036.19 |
| | | 35 East Wacker Drive | | | | | |
| | | Sutie 1500 | | | | | |
| | | Chicago  IL  60601 | | | | | |
| 09/23/13 | 001007 | Baldi Berg & Wallace | Attorney for TR Expenses (TR Firm) | 3120-000 | | 140.61 | 9,895.58 |
| | | 20 N. Clark Street, Ste. 200 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 09/23/13 | 001008 | Pipe Fitters' Assox, Local Union 597 | Claim 000024, Payment 100.00000% | 5300-000 | | 563.64 | 9,331.94 |
| | | c/o JOhnson & Krol, LLC | | | | | |
| | | 300 S. Wacker Dr., Suite 1313 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 09/23/13 | 001009 | National Stabilization Agrmnt of | Claim 000001A, Payment 9.58414% | 5400-000 | | 433.11 | 8,898.83 |
| | | the Sheet Mtl Indstry Trst Fnd | | | | | |
| | | c/o Dawn Costa, Esq/ Jennings Sigmond PC | | | | | |
| | | 510 Walnut St 16 F | | | | | |
| | | Philadelphia, PA 19106 | | | | | |
| 09/23/13 | 001010 | Sheet Metal Workers' Natl Pension Fund | Claim 000002A, Payment 9.58400% | 5400-000 | | 168.18 | 8,730.65 |
| | | c/o Dawn Costa, Esq/ Jennings Sigmond PC | | | | | |
| | | 510 Walnut St 16 F | | | | | |
| | | Philadelphia, PA 19106 | | | | | |
| 09/23/13 | 001011 | Sheet Metal Workers Local 265 Fringe Benefit Funds | Claim 000007A, Payment 9.58426% | 5400-000 | | 5,695.79 | 3,034.86 |
| | | Baum Sigman Auerbach & Neuman, Ltd. | | | | | |
| | | c/o Catherine Chapman | | | | | |
| | | 200 W. Adams St., Suite 2200 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 09/23/13 | 001012 | Pipe Fitters' Retirement Fund, Local 597 | Claim 000022B, Payment 9.58427% | 5400-000 | | 806.18 | 2,228.68 |
| | | c/o Johnson & Krol, LLC | | | | | |

Ver: 17.03a

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-05807 -CAD | |
| Case Name: | PRAIRIE MECHANICAL, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******0255 |
| For Period Ending: | 11/25/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6690  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | | | | | |
| 09/23/13 | 001013 | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Claim 000023B, Payment 9.58450% | 5400-000 | | 148.97 | 2,079.71 |
| 09/23/13 | 001014 | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Claim 000025B, Payment 9.58430% | 5400-000 | | 692.45 | 1,387.26 |
| 09/23/13 | 001015 | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Claim 000026B, Payment 9.58402% | 5400-000 | | 327.39 | 1,059.87 |
| 09/23/13 | 001016 | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Claim 000027B, Payment 9.58236% | 5400-000 | | 24.55 | 1,035.32 |
| 09/23/13 | 001017 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Claim 000033, Payment 9.58431% | 5800-000 | | 1,031.23 | 4.09 |
| 09/23/13 | 001018 | Mr. Kenneth S. Gardner Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Street 7th Floor Chicago  IL  60603 | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT ITEM #      CLAIM #       DIVIDEND ================================== 37        000028B        4.09 | 5400-001 | | 4.09 | 0.00 |

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05807  -CAD | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PRAIRIE MECHANICAL, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6690  Checking Account |
| Taxpayer ID No: | *******0255 | | |
| For Period Ending: | 11/25/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account   *******6690 | | Balance Forward | 0.00 | | | | |
| | 9 | Deposits | 38,089.34 | 18 | Checks | 37,948.17 | |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 141.17 | |
| | | | | 0 | Transfers Out | 0.00 | |
| | | Subtotal | $   38,089.34 | | | | |
| | | | | | Total | $   38,089.34 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $   38,089.34 | | | | |